STATEMENT OF CLAIM AND FACTS OF THE CASE- AMANDA ELLIS 2:20-cv-17893

Amanda Ellis ("Ellis") worked for PSE&G from April 14, 2008 to April 9, 2020 as a Representative. She was diagnosed with Sjogren's syndrome in 2019, an autoimmune disease wherein her immune system attacks the glands that produce tears and saliva. This causes a dry mouth and dry eyes.

    Ellis informed PSE&G of her condition and was provided accommodations, which included breaks to drink and take cough drops outside of the general public's view. PSE&G halted the accommodation. Ellis needed access to water for hydration, take cough drops and breaks between calls. Although PSE&G offered her teller positions, it did not comply with the accommodation requested by her physician. Where Ellis would have been forced to drink water and take cough drops in front of PSE&G customers, who would be irate from waiting in long lines to dispute their bills. Ellis was terminated on April 9, 2020. The Utility Workers Union of America, AFL-CIO, Local #601 took no action on behalf of Ellis and failed to represent her interest's as a union member. John Doe and John Roe, names presently unknow, are represenatatives and/or supervisory personnel of Defendants.

    In response, Ellis filed a U.S. Equal Employment Opportunity Commission "EEOC" charge No. 524-2020-00458 against PSE&G, on February 12, 2020.  The charge stated "I was diagnosed with a medical condition. The company approved the medical accommodation, then rescinded the accommodation twice. The company has forced me on disability causing a financial hardship and they are not permitting me to work. I believe I have been discriminated against based on a disability in violation of the American with Disabilities Act."

    PSE&G submitted a Statement of Position on April 13, 2020. On or about, they concluded August 22, 2020, the EEOC dismissed the case. The EEOC stated: "Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge."  Ellis received a Dismissal and Notice of Rights on September 4, 2020.

    As a result of Ellis's termination from employment, Ellis has suffered loss of wages, income, trauma, stress, to Ellis and her family. Anxiety, PTSD, severe depression, chronic insomnia, worry, grief, frustration, and financial hardship. And

other injury. Additionally, her healthcare insurance at PSE&G was terminated and a Cobra Policy was not offered.