Defendants:

Public Service Electric and Gas, Utility Workers Union of America, AFL-CIO, Local 601, and John Doe and Richard Roe, names presently unknown.